IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RICK MARKHAM ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Case No. 10-1363-MLB-KGG |
| vs. ) | |
| ) | |
| ) | |
| THE BOEING COMPANY, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION FOR DISMISSAL**

The parties hereto jointly stipulate and agree that this matter may be dismissed with prejudice pursuant to Fed.R.Civ.P 41(a)(1)(A)(ii), each party to bear its own costs and attorneys fees.

Respectfully Submitted,

LAW OFFICES OF ALBERT F. KUHL

/s/ Albert F. Kuhl
Albert F. Kuhl   #12478
15700 College Boulevard, Suite 200
Lenexa, Kansas  66219
Tel.: 913-438-2760
Fax:  913-327-8492
Email: kuhllaw@hotmail.com
COUNSEL FOR PLAINTIFF

        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


        /s/ Nicole Hininger Howell
        Nicole Hininger Howell Kansas No. 77994
        Donald S. Prophete Kansas No. 77936

        Park Central Plaza
        4717 Grand Avenue, Suite 300
        Kansas City, Missouri 64112
        816.471.1301
        816.471.1303 *(Facsimile)*
        nikki.howell@ogletreedeakins.com
        donald.prophete@ogletreedeakins.com
        COUNSEL FOR DEFENDANT